AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Arkansas ▼

| | |
|---|---|
| SHERRY FRANKE, Individually and as Special Administratrix of THE ESTATE OF KENNETH FRANKE, Deceased; and KALOB FRANKE<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF LITTLE ROCK; et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:20 - CV - 01310 - BRW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEVON COLCLOUGH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Brandon Lacy<br>LACY LAW FIRM<br>202 West Meadow<br>Fayetteville, AR  72701 | and | Megan Henry<br>HENRY LAW FIRM, PLC<br>202 West Meadow<br>Fayetteville, AR  72701 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK

*CLERK OF COURT*

Date: _____11/05/2020_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Devon Colclough

was received by me on *(date)* 11/17/2020.

☒ I personally served the summons on the individual at *(place)* 700 W. Markham Street L.N, AR 72201    on *(date)* 11/23/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/23/2020

_____
Server's signature

June Mitchell, Process Server
Printed name and title

P.O. Box 194401 L.N, AR 72219
Server's address

Additional information regarding attempted service, etc:

Note: Complaint, Exhibits 1-5 and Letter of Service given to Defendant.