**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHERRY FRANKE, *ET AL.***                               **PLAINTIFFS**

**VS.**                       **4:20-CV-01310-BRW**

**THE CITY OF LITTLE ROCK, *ET AL.***                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiffs' complaint is dismissed.  Plaintiffs' Arkansas Civil Rights Act and § 1983 claims are dismissed with prejudice.  Plaintiffs' state tort claims are dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2021.

                                    _____BILLY ROY WILSON_____
                                    UNITED STATES DISTRICT JUDGE